UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL JOHNSON<br>    LA. DOC #118967 | CIVIL ACTION NO. 5:12-cv-1016 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Beaumont, Texas.**

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 17th day of October, 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE